**Order entered May 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00523-CV

## IN RE MICHAEL DEWAYNE RICKETT, Relator

**Original Proceeding from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-17-00604-2**

## ORDER
Before Justices Brown, Schenck, and Reichek

Before the Court is relator's May 3, 2019 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition **by May 15, 2019.**

/s/     ADA BROWN
       JUSTICE